# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IMANI HOUSE, LLC and DAVID EINSPANJER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>REGIONS FINANCIAL CORPORATION,<br><br>    Defendant. | CIVIL ACTION FILE<br>NUMBER:  1:12-cv-00270-CAP |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to the agreement of the parties through their undersigned counsel, it is hereby stipulated and agreed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the Complaint in this action is hereby dismissed without prejudice.  Furthermore, the parties agree that this voluntary dismissal shall have no effect in connection with any subsequent determination of whether a future dismissal might operate as an adjudication on the merits pursuant to Rule 41(a)(1)(B).

SO AGREED AND STIPULATED this 30th day of  January, 2013.

*(Signatures on Page 3)*

|  |  |
|---|---|
|  | /s/  David F. Walbert |
|  | David F. Walbert |
|  | Georgia Bar #730450 |
|  | dwalbert@pcwlawfirm.com |
|  | Jennifer K. Coalson |
|  | Georgia Bar #266989 |
|  | jcoalson@pcwlawfirm.com |
| PARKS, CHESIN & WALBERT, P.C. |  |
| 75 Fourteenth Street, 26th Floor |  |
| Atlanta, Georgia 30309 |  |
| (404) 873-8000 |  |

*Of Counsel*
SQUITIERI & FEARON, LLP
Stephen J. Fearon, Jr.
stephen@sfclasslaw.com
Caitlin Duffy
caitlin@sfclasslaw.com
Gary Stevens
garry@sfclasslaw.com
32 East 57th Street, 12th Floor
New York, New York 10022
Tel: (212) 421-6492
Fax: (212) 421-6553
*Attorneys for Plaintiffs*

                                        /s/  William J. Holley, II
                                        *(by DFW with express permission)*
                                        William J. Holley, II
                                        Georgia Bar No. 362310
                                        wjh@phrd.com

PARKER, HUDSON, RANIER
    & DOBBS, LLP
285 Peachtree Center Avenue, N.E.
1500 Marquis Two Tower
Atlanta, Georgia  30303
(404) 523-5300